AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | FILED<br>AUG - 6 2009<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY | '09 CV 1709  MMA NLS<br>REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | U.S. District Court<br>Southern District of California<br>940 Front Street, San Diego, CA 92101-8900 |
| DOCKET NO. | DATE FILED |

| PLAINTIFF | DEFENDANT |
|---|---|
| Crittenden Research, Inc. | Meridian Capital Group, LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See attached listing | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

*Crittenden Research, Inc. v. Meridian Capital Group, LLC*
**Form AO 121**

|     | Copyright Registration Number | Title of Work | Author of Work |
| --- | --- | --- | --- |
| 1.  | TX 6-648-833 | Crittenden Report Jan./Feb. 2008 (8 issues) | Crittenden Research, Inc. |
| 2.  | TX 6-661-983 | Crittenden Report Nov./Dec. 2007 (5 issues) | Crittenden Research, Inc. |
| 3.  | TX 6-628-351 | Crittenden Report Sept./Oct. 2007 (9 issues) | Crittenden Research, Inc. |
| 4.  | TX 6-633-433 | Crittenden Report July/Aug. 2007 (6 issues) | Crittenden Research, Inc. |
| 5.  | TX 6-609-625 | Crittenden Report May/June 2007 (6 issues) | Crittenden Research, Inc. |
| 6.  | TX 6-567-133 | Crittenden Report March/April 2007 (8 issues) | Crittenden Research, Inc. |
| 7.  | TX 6-546-257 | Crittenden Report Jan./Feb. 2007 (9 issues) | Crittenden Research, Inc. |
| 8.  | TX 6-490-097 | Crittenden Report Nov./Dec. 2006 (4 issues) | Crittenden Research, Inc. |
| 9.  | TX 6-460-540 | Crittenden Report Sept./Oct. 2006 (9 issues) | Crittenden Research, Inc. |
| 10. | TX 6-486-057 | Crittenden Report July/Aug. 2006 (5 issues) | Crittenden Research, Inc. |
| 11. | TX 6-398-632 | Crittenden Report May/June 2006 (8 issues) | Crittenden Research, Inc. |
| 12. | TX 6-350-472 | Crittenden Report March/April 2006 (7 issues) | Crittenden Research, Inc. |
| 13. | TX 6-349-644 | Crittenden Report Jan./Feb. 2006 (9 issues) | Crittenden Research, Inc. |

13029049.1