| | |
|---|---|
| John E. Barry (CA State Bar No. 216606) | Frederick L. Whitmer, Esq. |
| Email: jbarry@wileyrein.com | Email: FWhitmer@kilpatrickstockton.com |
| Thomas W. Kirby | Lisa Pearson, Esq. |
| Email: tkirby@wileyrein.com | KILPATRICK STOCKTON LLP |
| WILEY REIN LLP | 31 West 52nd Street, 14th Floor |
| 1776 K Street NW | New York, NY  10019 |
| Washington, DC  20006 | Telephone:   212.775.8700 |
| Telephone:   202.719.7000 | Facsimile:    212.775.8800 |
| Facsimile:    202.719.7049 | |
| | Ronald F. Lopez (SBN 11756) |
| Attorneys for Plaintiff | Ellen Papadakis (SBN 186621) |
| Crittenden Research, Inc. | Sushila Chanana (SBN 254100) |
| | Nixon Peabody LLP |
| | One Embarcadero Center, 18th Floor |
| | San Francisco, CA  94111-3600 |
| | Telephone:   415.984.8200 |
| | Facsimile:    415.984.8300 |
| | |
| | Attorneys for Defendant Meridian Capital Group, LLC |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRITTENDEN RESEARCH, INC.<br><br>    Plaintiff,<br><br>v.<br><br>MERIDIAN CAPITAL GROUP, LLC<br><br>    Defendant. | **No.  3:09-cv-1709-MMA-NLS**<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE AND RETAIN JURISDICTION TO ENFORCE SETTLEMENT**<br><br>Assigned to:  Hon. Michael M. Anello |

    Pursuant to Fed. R. Civ. P. 41 and the Local Rules of the Southern District of California, Plaintiff Crittenden Research, Inc. and Defendant Meridian Capital Group, LLC jointly move this Court for entry of the attached "Stipulated Order Dismissing

1  Action With Prejudice" or substantially similar relief.  This Joint Motion is made pursuant

2  to a confidential settlement agreement.  On behalf of their clients, and pursuant to that

3  agreement, the undersigned counsel hereby stipulate to the attached Order.

4  Respectfully submitted,

5  Dated:  January 28, 2010

6

7  By: /s/ Thomas W. Kirby   By: /s/ Ellen Papadakis
   John E. Barry (CA State Bar No. 216606)   Frederick L. Whitmer, Esq.
8  Email:  jbarry@wileyrein.com   Email:  FWhitmer@kilpatrickstockton.com
   Thomas W. Kirby (*pro hac vice*)   Lisa Pearson, Esq.
9  Email:  tkirby@wileyrein.com   KILPATRICK STOCKTON LLP
   WILEY REIN LLP   31 West 52nd Street, 14th Floor
10 1776 K Street NW   New York, NY  10019
11 Washington, DC  20006   Telephone:   212.775.8700
   Telephone:  202.719.7000   Facsimile:    212.775.8800
12

13 *Attorneys for Plaintiff*   Ronald F. Lopez (SBN 11756)
      *Crittenden Research, Inc.*   Ellen Papadakis (SBN 186621)
14                                  Sushila Chanana (SBN 254100)
15                                  Nixon Peabody LLP
                                    One Embarcadero Center, 18th Floor
16                                  San Francisco, CA  94111-3600
                                    Telephone:   415.984.8200
17                                  Facsimile:    415.984.8300

18
                                    *Attorneys for Defendant*
19                                     *Meridian Capital Group, LLC*

20
   13097293.1
21

22

23

24

25

26

27

28